UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 10-CR-963-1 |
| v. | ) |
| | ) Judge John W. Darrah |
| STEVEN COLLINS, | ) |
| Defendant. | ) |

# ORDER

Defendant Steven Collins filed a Motion for Reduction of Sentence, pursuant to 18 U.S.C. § 3582(c), based on an amendment to the Sentencing Guidelines, which lowered the base offense levels applicable to narcotics offenses. For the reasons stated below, Defendant's Motion [166] is denied.

# STATEMENT

On April 30, 2014, the Sentencing Commission promulgated Amendment 782, which revised the Drug Quantity Table and chemical quality tables across drug and chemical types. On July 18, 2014, the Sentencing Commission voted to make Amendment 782 retroactively applicable to previously sentenced prisoners. Amendment 782 became effective on November 1, 2014. Thus, under 18 U.S.C. § 3582(c)(2), previously sentenced prisoners may move to modify their sentences on the basis of the amendment. 18 U.S.C. § 3582(c)(2) allows for a defendant to move to reduce a term of imprisonment when that term is based on a sentencing range that has been subsequently lowered by the Sentencing Commission.

At Defendant's sentencing hearing, the calculation applicable to defendant yielded a

guideline range of 235 months to 293 months' imprisonment.[1] On April 19, 2013, the Defendant was sentenced to a term of 168 months' imprisonment. Under Amendment 782, Defendants amended guideline range is 188 months to 235 months' imprisonment. Defendant was sentenced to a term below the amended guideline range. The Sentencing Commission has directed that "the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. 3582(c)(2) and this policy statement to a term that is less than the minimum of the amended guideline range determined under subdivision (1)." U.S.S.G. 1B1.10(b)(2)(A). Therefore, Amendment 782 does not authorize a reduction of Defendant's sentence. Defendant's Motion for Reduction of Sentence [166] is denied.

Date:       October   13, 2015

John W. Darrah
U.S. District Court Judge

---

[1] Defendant asserts that his total offense level was 33 at the time of his original sentencing. However, the record reflects that his total offense level was 38.